NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

THOMAS SEPANSKI and LISA
SEPANSKI,                                          )
                                                   )
                                                   )
            Appellants,                            )
                                                   )
v.                                                 )          Case No. 2D18-2486
                                                   )
PEOPLE'S TRUST INSURANCE                           )
COMPANY,                                           )
                                                   )
            Appellee.                              )
_____ )

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Geoffrey B. Marks of Billbrough & Marks,
P.A., Coral Gables, and Steven Silverberg
of Silverberg | Brito, PLLC, Miami, for
Appellants.

Lissette Gonzalez, and Scott A. Cole of
Cole, Scott & Kissane, P.A., Miami; Mark D.
Tinker of Cole, Scott & Kissane, P.A.,
Tampa; and Arielle Molinet Peters and Brett
R. Frankel of People's Trust Insurance
Company, Deerfield Beach, for Appellee.


PER CURIAM.


            Affirmed.

KHOUZAM, C.J., and MORRIS and BADALAMENTI, JJ., Concur.